IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD CARPENTER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WAWA, | : | |
| Defendant. | : | NO. 09-2768 |

## ORDER

AND NOW, this 3rd day of December 2009, upon consideration of Defendant's Motion to Dismiss the Complaint (Docket No. 3), Plaintiff's Response (Docket No. 4), and Defendant's Reply (Docket No. 5), it is hereby ORDERED that Defendant's Motion is GRANTED WITH PREJUDICE for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE